**United States District Court**
For the Northern District of California

**\*E-Filed: May 16, 2014\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

JULIAN HUGO JIMENEZ,

            Plaintiff,

   v.

SELECT PORTFOLIO SERVICING, INC.,
SAGE POINT LENDER SERVICES, LLC,
JP MORGAN CHASE BANK,

            Defendants.

_____/

No. C14-02141 HRL

**ORDER REFERRING CASE TO ADR
UNIT FOR ASSESSMENT
TELEPHONE CONFERENCE**

Pursuant to Civil Local Rule 16-8 and ADR Local Rule 2-3, the Court refers this foreclosure-related action to the Alternative Dispute Resolution (ADR) Unit for a telephone conference to assess this case's suitability for mediation or a settlement conference.  Plaintiff and defendants Select Portfolio Servicing, Inc. and JP Morgan Chase Bank (collectively, "Defendants")[1] shall participate in a telephone conference, to be scheduled by the ADR Unit as soon as possible but no later than May 30, 2014.

The parties shall be prepared to discuss the following subjects:

(1)      Identification and description of claims and alleged defects in loan documents.

(2)      Prospects for loan modification.

---

[1] Defendant Sage Point Lender Services, LLC apparently was named in this action solely in its capacity as trustee and served a Declaration of Nonmonetary Status.  Accordingly, Sage Point shall not be required to participate in the telephone conference.

(3)     Prospects for settlement.

The parties need not submit written materials to the ADR Unit for the telephone conference.

In preparation for the telephone conference, Plaintiff shall do the following:

(1)     Review relevant loan documents and investigate the claims to determine whether they have merit.

(2)     If Plaintiff is seeking a loan modification to resolve all or some of the claims, Plaintiff shall prepare a current, accurate financial statement and gather all of the information and documents customarily needed to support a loan modification request.  Further, Plaintiff shall immediately notify Defendants' counsel of the request for a loan modification.

(3)     Provide counsel for Defendants with information necessary to evaluate the prospects for loan modification, in the form of a financial statement, worksheet or application customarily used by financial institutions.

In preparation for the telephone conference, counsel for Defendants shall do the following.

(1)     If Defendants are unable or unwilling to do a loan modification after receiving notice of Plaintiff's request, counsel for Defendants shall promptly notify Plaintiff to that effect.

(2)     Arrange for a representative of each Defendant with full settlement authority to participate in the telephone conference.

The ADR Unit will notify the parties of the date and time the telephone conference will be held.  After the telephone conference, the ADR Unit will advise the Court of its recommendation for further ADR proceedings.

        **IT IS SO ORDERED.**

Dated: May 16, 2014

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C14-02141 HRL Notice will be electronically mailed to:**

Jessica Marie Luhrs      jessica.luhrs@kyl.com, denise.brasher@kyl.com

**C14-02141 HRL Notice will be mailed to:**

Julian Hugo Jimenez
1905 Oxford Street
Salinas, CA 93906

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**

United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28